**Order entered May 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01111-CR

### DAMIAN ELDER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F12-53551-K

## ORDER

The Court **REINSTATES** the appeal.

On April 22, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by retained counsel Jeffery Buchwald; (3) Mr. Buchwald's explanation for the delay in filing appellant's brief is that the reporter's record of the motion for new trial was not filed until after appellant's brief was due; and (4) Mr. Buchwald requested additional time to file appellant's brief. We note that the supplemental reporter's record was filed on April 1, 2014 and the appeal was not abated for findings until April 22, 2014. Accordingly, we **DO NOT ADOPT** the finding that appellant should be given sixty more days to file his brief.

We **ORDER** appellant to file his brief within **FORTY DAYS** of the date of this order. If the brief is not filed by that date, we will order the appeal submitted without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE